```
___ FILED     X LODGED
___ RECEIVED  / COPY

    OCT 2 7 2004

 CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
 BY _____ Z DEPUTY
```



# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| The U.D. Registry, Inc., a California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>City of Mesa, Arizona, an Arizona municipality; Dennis Michael Lee and Jane Doe Lee, and the marital community composed thereof, doing business as "A-1 Dennis Lee Investigations"; Timothy L. Zehring and Jane Doe Zehring, and the marital community composed thereof; Debbie Bigelow and John Doe Bigelow, and the marital community composed thereof; Lora Trimarco-Post and John Doe Trimarco-Post, and the marital community composed thereof; John Does 1-10 and Jane Does 1-10, and the marital communities (if any) composed thereof; ABC Corporations 1-10; and GHI Fictitious Entities 1-10,<br><br>                Defendants. | CIV'02 1713 PHX DGC<br><br>**ORDER**<br><br>(Honorable David G. Campbell) |

Pursuant to the foregoing Stipulation to Dismiss with Prejudice, and good cause appearing thereto,



1     IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each
2 party to bear its own costs and fees.
3     Dated: 10/29/04

*David G. Campbell*
David G. Campbell
United States District Court Judge